*1116 ante, p. 828;
*1117 No. 97-8888.
No. 97-9389.
No. 97-9425.
No. 98-52.
No. 98-105.
No. 98-363.
No. 98-588.
No. 98-641.
No. 98-705.
No. 98-5841.
No. 98-5990.
No. 98-6062.
No. 98-6073.
No. 98-6250.
No. 98-6280.
No. 98-6344.
No. 98-6525.
ante, p. 830;
ante, p. 848;
ante, p. 850;
ante, p. 870;
ante, p. 1000;
ante, p. 1016;
ante, p. 1019;
ante, p. 1020;
ante, p. 1020;
ante, p. 952;
ante, p. 941;
ante, p. 1006;
ante, p. 1006;
ante, p. 1024;
ante, p. 1025;
ante, p. 987; and
ante, p. 1028. Petitions for rehearing denied.